Alex B. Hernandez, III
Federal Defenders of Eastern Washington & Idaho
306 E. Chestnut Ave.
Yakima, WA 98901
(509) 248-8920

Attorney for Defendant
Chanse Jacob Harmelle

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
The Honorable Rebecca L. Pennell

| | |
|---|---|
| United States of America,<br><br>       Plaintiff,<br><br>v.<br><br>Chanse Jacob Harmelle,<br><br>       Defendant. | No. 4:23-CR-6017-RLP<br><br>Notice of Substitution |

  Please take notice that Alex B. Hernandez, III, of the Federal Defenders of Eastern Washington and Idaho hereby enters his substitution as counsel of record in this matter. All future correspondence and court filings should be forwarded directly to the address listed above.

//

//

//

Notice of Substitution - 1

DATED: January 14, 2025.

        s/Alex B. Hernandez, III
        Alex B. Hernandez III, 21807
        Attorney for Chanse Jacob Harmelle
        Federal Defenders of Eastern
        Washington and Idaho
        306 East Chestnut Avenue
        Yakima, Washington 98901
        (509) 248-8920
        (509) 248-9118 fax
        Ben_Hernandez@fd.org

CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2025, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Laurel Jane Holland, Assistant United States Attorney.

        s/Alex B. Hernandez, III
        Alex B. Hernandez III, 21807
        Attorney for Chanse Jacob Harmelle